IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR85 |
| v. | |
| KEVIN Y. AMENTA-AGUILAR, ALBERTO AYALA-ORDONEZ, GREGORY SCOTT DREHER, LAUREEN PAIGE HIYKEL, FERNANDO MENDEZ, STEVEN D. POTTER, JAYLENE MICHELLE RUSSELL, KATIA Y. SERRANO-FLORES, and ANGELA JANE TUTTLE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Jaylene Michelle Russell's Unopposed Amended Motion to Continue Trial (Filing No. 202). Counsel needs additional time to review discovery, consult with defendant and conduct plea negotiations. The government and counsel for all co-defendants have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Amended Unopposed Motion to Continue Trial (Filing No. 202) is granted as follows:

1. The jury trial, **for all defendants**, now set for January 6, 2025, is continued to **April 7, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 7, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Unopposed Motion to Continue Trial (Filing No. 201) is denied as moot.

Dated this 13th day of December 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge