IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN Y. AMENTA-AGUILAR, ALBERTO AYALA-ORDONEZ, GREGORY SCOTT DREHER, LAUREEN PAIGE HIYKEL, FERNANDO MENDEZ, STEVEN D. POTTER, JAYLENE MICHELLE RUSSELL, KATIA Y. SERRANO-FLORES, and ANGELA JANE TUTTLE,<br><br>　　　　　　Defendant. | 8:24CR85<br><br><br>ORDER |

　　　　This matter is before the Court on defendant Laureen Paige Hiykel's unopposed Motion to Continue Trial (Filing No. 223). Counsel will be in a previously scheduled jury trial in Douglas County District Court and unavailable. Counsel continues to conduct plea negotiations. The government and counsel for all co-defendants have no objection to the continuance. For good cause shown,

　　　　IT IS ORDERED that the Motion to Continue Trial (Filing No. 223) is granted as follows:

1.　　The jury trial, **for all defendants**, now set for April 7, 2025, is continued to **May 19, 2025.**

2.　　In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 19, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for

    effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.     Motion to Continue Trial (Filing No. 222) is denied as moot.

Dated this 17th day of March 2024.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge
