IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>KEVIN Y. AMENTA-AGUILAR, ALBERTO AYALA-ORDONEZ, LAUREEN PAIGE HIYKEL, FERNANDO MENDEZ, STEVEN D. POTTER,  KATIA Y. SERRANO-FLORES,<br><br>                  Defendant. | **8:24CR85**<br><br>**ORDER** |

This matter is before the Court on defendant Katia Y. Serrano-Flores' unopposed Motion to Continue Trial (Filing No. 235).  Counsel has some side issues that require being worked out before this matter comes to trial.   The government and counsel for the above named co-defendants have no objection to the continuance.  For good cause shown,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 235) is granted as follows:

1. The jury trial, **for all defendants**, now set for May 19, 2025, is continued to **June 23, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 23, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 8th day of May 2025.

BY THE COURT:

*[signature: Robert L. Rossiter Jr.]*

Robert F. Rossiter, Jr.
Chief United States District Judge