IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>KEVIN Y. AMENTA-AGUILAR,<br>ALBERTO AYALA-ORDONEZ,<br>LAUREEN PAIGE HIYKEL, FERNANDO MENDEZ, STEVEN D. POTTER,  KATIA Y. SERRANO-FLORES,<br><br>               Defendant. | 8:24CR85<br><br>ORDER |

       This matter is before the Court on defendant Alberto Ayala-Ordonez's unopposed Motion to Continue Trial (Filing No. 249).  Counsel needs additional time to complete plea negotiations.  The government and counsel for the above-named co-defendants have no objection to the continuance.  For good cause shown,

       IT IS ORDERED that the Motion to Continue Trial (Filing No. 249) is granted as follows:

1.    The jury trial, **for all defendants**, now set for June 23, 2025, is continued to **August 4, 2025.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 4, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 4th day of June 2025.

>BY THE COURT:
>
>*[signature]*
>
>Robert F. Rossiter, Jr.
>Chief United States District Judge