IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KEVIN Y. AMENTA-AGUILAR,<br>ALBERTO AYALA-ORDONEZ,<br>LAUREEN PAIGE HIYKEL, STEVEN D. POTTER,  KATIA Y. SERRANO-FLORES,<br><br>                Defendant. | **8:24CR85**<br><br>**ORDER** |

       This matter is before the Court on defendant Katia Y. Serrano-Flores' unopposed Motion to Continue Trial (Filing No. 279). Counsel needs additional time to arrive at a mutually acceptable resolution of the matter. The government and counsel for the above-named co-defendants have no objection to the continuance. For good cause shown,

       IT IS ORDERED that the Motion to Continue Trial (Filing No. 279) is granted as follows:

1. The jury trial, **for all defendants**, now set for August 4, 2025, is continued to **September 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 15, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 28th day of July 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge