IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR85 |
| v. | |
| KEVIN Y. AMENTA-AGUILAR, ALBERTO AYALA-ORDONEZ, LAUREEN PAIGE HIYKEL, STEVEN D. POTTER, KATIA Y. SERRANO-FLORES, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Katia Y. Serrano-Flores' unopposed Motion to Continue Trial (Filing No. 310). Counsel needs additional time to conclude plea negotiations. The government and counsel for the above-named co-defendants have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 310) is granted as follows:

1. The jury trial, **for all defendants**, now set for September 15, 2025, is continued to **October 20, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 20, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 4th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge